■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS FERNANDEZ, Appellant. [932 NYS2d 20]—

Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Andrias, J.P., Sweeny, Acosta, Freedman and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMAR HOLLOWAY, Appellant. [931 NYS2d 506]—

The court provided a sufficient reduction of sentence pursuant to CPL 440.46, and we perceive no basis for a further reduction. Concur—Andrias, J.P., Sweeny, Acosta, Freedman and Manzanet-Daniels, JJ.